IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MAYBERRY,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| LAUREL HARRY,<br>Respondents. | : | NO. 12-4153 |

## **ORDER**

MICHAEL M. BAYLSON, J.

AND NOW, this 22nd day of May, 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.